## Joint Status Report Pursuant to Rule 26(f)

Caption:   Jessica Evans v. Sterling Infosystems, Inc.          Civil Action No:   14-2107

Basis of Jurisdiction:   15 U.S.C. § 1681p and 28 U.S.C. §§ 1331

Jury Trial:   X          Non-Jury Trial:  ____          Arbitration:  ____

Plaintiff's counsel participating in the Rule 16 Conference:   Gregory Gorski, Esquire
Defendant's counsel participating in the Rule 16 Conference:   Megan Ben'Ary, Esquire
Do counsel have full authority to settle at Rule 16 Conference?   Yes
    If not, client with such authority who will attend conference:  ____
When did the parties hold the Rule 26 Conference?   August 14, 2014
When did the parties comply with Rule 26(a)'s duty of self-executing disclosure?
August 15, 2014 (plaintiff); August 20, 2014 (defendant)
Does either side expect to file a case-dispositive motion?   yes, if supported by discovery (defendant)   (yes/no)
If yes, under what Rule:   56
If yes, specify the issue:   whether defendant negligently or willfully violated the FCRA, whether plaintiff established sufficient evidence of actual damages
Proposed deadline for filing dispositive motions:   December 17, 2014
Does either side anticipate the use of experts?   Not at this time
    If yes, what is the proposed deadline for expert discovery?  ____
Approximate date case should be trial-ready:   February 2015
    Time for Plaintiff's case:   1-2 days          Time for Defendant's case:   1-2 days
Is a settlement conference likely to be helpful?   Yes          If so, when:
    Early   yes   (yes/no)          After Discovery   no   (yes/no)
What is the outcome of your discussions with your clients about proceeding before a Magistrate Judge for final disposition?   The parties opt not to proceed before a Magistrate Judge.

Plan for Discovery:

1. The parties anticipate that discovery should be completed within   90   days.

2. What is the minimum amount of time necessary to complete discovery prior to an ADR session, should one be ordered or agreed to?   45-60 days

3. Have the parties discussed issues relating to claims of privilege or of protection as trial-preparation material, as required by Rule 26(f)(3)(D)?   Yes

4. Identify any other discovery issues which should be addressed at the Rule 16 Conference, including limitations on discovery, protective Orders needed, or other elements which should be included in a particularized discovery plan.   A protective order will be needed prior to the production of certain discovery materials.

5. If you contend the discovery period should exceed 90 days, please state reason:   n/a